**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>PATRICK BRIGGS,<br><br>          Defendant. | 2:08-CR-334 JCM (RJJ) |

**ORDER**

Presently before the court is defendant Patrick Briggs' motion for early termination of supervised release. (Doc. #7). The government has not filed a response.

The instant motion was filed on December 14, 2011, by defendant's purported counsel. The next day, on December 15, 2011, the court notified defendant's purported counsel that he was not the counsel of record and was required to file a "Designation of Retained Counsel" prior to filing motions in this case. (Doc. #8).

To date, no such designation has been filed.

Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that defendant's motion for early termination of supervised release (doc. #7) be, and the same hereby is, DENIED without prejudice.

DATED February 27, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge